# EXHIBIT A



**Edward M. Vavro, Jr.**
Attorney at Law
Admitted in PA

412-392-5318
Fax: 888-811-7144
evavro@dmclaw.com

August 2, 2021

Ms. Hanna Tesfaye
10300 Grovechase Lane
Raleigh, North Carolina 27617
Hanna.Tesfaye@Duke.edu
HannaTesfaye2004@yahoo.com
TesfayeHanna@gmail.com

RE: Nidaeya Blount v. Marten Transport and Samuel Tesfaye
Our File No. 54701.412308

Dear Ms. Tesfaye:

I am writing this letter as a follow up to our efforts to contact you in connection with your brother, Samuel Tesfaye.

By way of background, we have been retained by your brother's former employer, Marten Transport, in connection with an accident your brother had in Pennsylvania on October 25, 2020. As a result of that accident, a lawsuit has been commenced, and your brother and Marten Transport have been named as Defendants in the litigation.

Shortly after the accident we spoke with your brother, and he provided us with an explanation of how the accident occurred. However, recently we have not been able to contact your brother through his cell phone, email address or prior mailing address. We are hopeful that you might have some updated information that you could share with us so that we are able to contact him. As you know, we retained investigator Frank Passant to help us contact your brother, and your name came up as a potential contact who might have information. We also have your brother's personnel file from Marten Transport, and you are identified as his emergency contact. For those reasons, we are reaching out to you to hopefully assist us in locating your brother.

Thank you for your anticipated cooperation, and if you have any information that would help us to locate your brother, please contact us so that we can move forward with our efforts.

DICKIE, McCAMEY & CHILCOTE, P.C. | ATTORNEYS AT LAW
MAIN: 412-281-7272 FAX: 888-811-7144
TWO PPG PLACE, SUITE 400 | PITTSBURGH, PA 15222-5402 | WWW.DMCLAW.COM

CALIFORNIA | COLORADO | DELAWARE | MICHIGAN
NEW JERSEY | NEW YORK | NORTH CAROLINA | OHIO
PENNSYLVANIA | SOUTH CAROLINA | WEST VIRGINIA

Case 4:21-cv-00154-D   Document 1-1   Filed 10/11/21   Page 2 of 5

Hanna Tesfaye
August 2, 2021
Page 2

     If we do not hear from you we will need to move forward with your deposition, and we will send the appropriate subpoena requesting same. We are hopeful that we can avoid your deposition, and we look forward to speaking with you in the short term.

                        Very truly yours,

                        *Edward M. Vavro*

                        Edward M. Vavro, Jr.

EMV:dag

Hanna Tesfaye
August 2, 2021
Page 3


bcc: Nolan Schroeder

Hanna Tesfaye
August 2, 2021
Page 4

12955964.1