EXHIBIT D

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 2

 3   NIDAEYA BLOUNT,                 )
                                     )
 4        Plaintiff,                 )
                                     )
 5      vs.                          )  CASE NO.
                                     )  1:21-cv-000189-YK
 6                                   )
     SAMUEL TESFAYE and MARTEN       )
 7   TRANSPORT, LTD.,                )
                                     )
 8        Defendants.                )
     _____  )
 9

10

11

12              CERTIFICATE OF NONAPPEARANCE

13                          OF

14                     HANNA TESFAYE

15              FRIDAY, SEPTEMBER 10, 2021

16

17

18

19

20   REPORTED BY:  KRISTY L. CLARK, RPR, NV CCR#708, CA CSR
     #13529, NC Notary #201807900150
21

22

23

24   Huseby Global Solutions Job No. 358703

25
```

```
 1   APPEARANCES:

 2   For the Plaintiff:

 3                   STARK & STARK
                     BY:  JOSEPH A. CULLEN, JR., ESQ.
 4                   777 Township Line Road
                     Yardley, Pennsylvania 19067
 5                   (800) 535-3425
                     Jcullen@Stark-Stark.com
 6                   (VIA ZOOM)

 7   For the Defendants:

 8                   DICKIE MCCAMEY & CHILCOTE, P.C.
                     BY:  EDWARD M. VAVRO, ESQ.
 9                   Two PPG Place
                     Suite 400
10                   Pittsburgh, Pennsylvania 15222
                     (412) 281-7272
11                   evavro@dmclaw.com
                     (VIA ZOOM)
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                INDEX TO EXHIBITS
 2  EXHIBIT            DESCRIPTION              PAGE
 3  Exhibit  1     Subpoena request              4
 4  (Exhibit late-filed at time of production)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1           I, Kristy L. Clark, Court Reporter and Notary
2   Public in and for the State of North Carolina, do
3   hereby certify that a Notice of Intention to Take Oral
4   Deposition was issued to take the oral deposition of
5   Hanna Tesfaye on the 10th day of September, 2021, at
6   10:00 a.m. via videoconference.
7           On the 10th of September, 2021, pursuant to
8   the Notice of Intention to Take Oral Deposition, I was
9   present for the taking of the deposition of Hanna
10  Tesfaye at the hour of 10:00 a.m.  The following
11  persons were also present at such time:  Edward M.
12  Vavro, Jr., Esq. and Joseph A. Cullen, Jr., Esq.  The
13  aforementioned persons and I were present and remained
14  on the videoconference until 10:32 during which time
15  Hanna Tesfaye did not appear.
16          Further, I, Kristy L. Clark, Court Reporter
17  and Notary Public in and for the State of North
18  Carolina, do hereby certify that attached hereto is a
19  copy of the Notice of Intention to Take Oral
20  Deposition.
21              (Defendant's Exhibit 1 was marked.)
22          MR. VAVRO:  Good morning.  This is Mr. Vavro.
23  It's Friday, September 10th, 2021.  It's 10:32.  We're
24  back on the record.  We convened this morning at
25  10:00 o'clock for the deposition of Hanna Tesfaye.

 1  We've waited 30 minutes now, and it's apparent that
 2  Ms. Tesfaye is not going to attend this deposition in
 3  spite of the fact that she was served with a subpoena
 4  request compelling her to attend this deposition today.
 5  In fact, we engaged a process server in North Carolina
 6  to serve Ms. Tesfaye and that that was captured on
 7  videotape through our process server.  And we note
 8  that, through the video, Ms. Tesfaye refused to accept
 9  service of the subpoena.  In fact, threw the subpoena
10  on the ground and then later pushed the subpoena off
11  her car and never opened the subpoena to see why she
12  was being served in spite of the fact that we also sent
13  multiple letters to her home, her place of employment,
14  even sent a process server to her place of employment
15  also in an effort to serve her with a subpoena request.
16  And she refused to accept the subpoena at her place of
17  employment.
18            We will gather all of the letters that have
19  been sent to Ms. Tesfaye to document the paper trail
20  and our efforts collectively to depose Ms. Tesfaye.
21  It's unclear to both myself and plaintiff's counsel,
22  Joseph Cullen, as to why Ms. Tesfaye's being difficult
23  relative to efforts to take her deposition.  We are
24  seeking to take her deposition for the sole and limited
25  purposes of obtaining her brother Samuel Tesfaye's

1  current information.  Samuel Tesfaye is our client.  We
2  are representing him in connection with a motor vehicle
3  accident.  He was the driver of a tractor-trailer who
4  was involved in an accident, and we have not been able
5  to maintain or locate Samuel and speak with him.
6           And then we've done our due diligence, and it
7  appears that his sister, Hanna Tesfaye, was identified
8  as his emergency contact through his personnel file at
9  Marten Transport.  And that's what prompted us to reach
10 out to her in an effort to obtain any updated or
11 contact information for her brother Samuel Tesfaye, so
12 we could reach out with Samuel, engage him, and
13 communicate his whereabouts to plaintiff's counsel and
14 then look to have his deposition recorded by
15 plaintiff's counsel.
16          Joe -- Joe Cullen represents the plaintiff.
17 I will ask Mr. Cullen briefly just acknowledge for the
18 record that he was here in response to the subpoena and
19 prepared to move forward with the deposition.
20          MR. CULLEN:  Yes, I was present at
21 10:00 o'clock and waited a half an hour, along with
22 you, to take the deposition.  So I am present and I was
23 ready to move forward with questioning about
24 Mr. Tesfaye's whereabouts.
25          MR. VAVRO:  Thank you, Mr. Cullen.  So having

1  said that, we will communicate with our court reporter

2  to gather all of the documents that we've prepared in

3  an effort to move forward with this deposition and then

4  we will look to reconvene at a later date for

5  Ms. Tesfaye's deposition.  Thank you.

6            MR. CULLEN:  Thank you.

7                (Whereupon the proceedings

8                 concluded at 10:35 a.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Witness my hand, I have hereunto affixed my

2 official seal this 13th of September, 2021, at

3 Mecklenburg County, North Carolina.

4

5

6

7    Kristy L. Clark, RPR, CCR #708
    Notary #201807900150
8    My Commission Expires:
    3/20/2023

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**1**

1  4:21
10:00  4:6,10,25  6:21
10:32  4:14,23
10:35  7:8
10th  4:5,7,23

**2**

2021  4:5,7,23

**3**

30  5:1

**A**

a.m.  4:6,10  7:8
accept  5:8,16
accident  6:3,4
acknowledge  6:17
aforementioned  4:13
apparent  5:1
appears  6:7
attached  4:18
attend  5:2,4

**B**

back  4:24
briefly  6:17
brother  5:25  6:11

**C**

captured  5:6
car  5:11
Carolina  4:2,18  5:5
certify  4:3,18
Clark  4:1,16
client  6:1
collectively  5:20
communicate  6:13  7:1
compelling  5:4
concluded  7:8
connection  6:2
contact  6:8,11
convened  4:24
copy  4:19
counsel  5:21  6:13,15
court  4:1,16  7:1
Cullen  4:12  5:22  6:16,17,20,25  7:6
current  6:1

**D**

date  7:4
day  4:5
defendant's  4:21
depose  5:20
deposition  4:4,8,9,20,25  5:2,4,23,24  6:14,19,22  7:3,5
difficult  5:22
diligence  6:6
document  5:19
documents  7:2
driver  6:3
due  6:6

**E**

Edward  4:11
effort  5:15  6:10  7:3
efforts  5:20,23
emergency  6:8
employment  5:13,14,17
engage  6:12
engaged  5:5
Esq  4:12
Exhibit  4:21

**F**

fact  5:3,5,9,12
file  6:8
forward  6:19,23  7:3
Friday  4:23

**G**

gather  5:18  7:2

Good   4:22
ground   5:10

### H

half   6:21
Hanna   4:5,9, 15,25   6:7
hereto   4:18
home   5:13
hour   4:10 6:21

### I

identified 6:7
information 6:1,11
Intention 4:3,8,19
involved   6:4
issued   4:4

### J

Joe   6:16
Joseph   4:12 5:22
Jr   4:12

### K

Kristy   4:1, 16

### L

letters 5:13,18
limited   5:24
locate   6:5

### M

maintain   6:5
marked   4:21
Marten   6:9
minutes   5:1
morning 4:22,24
motor   6:2
move   6:19, 23   7:3
multiple 5:13

### N

North   4:2,17 5:5
Notary   4:1, 17
note   5:7
Notice   4:3, 8,19

### O

obtain   6:10
obtaining 5:25
opened   5:11
oral   4:3,4, 8,19

### P

paper   5:19
personnel 6:8
persons 4:11,13
place   5:13, 14,16
plaintiff 6:16
plaintiff's 5:21   6:13, 15
prepared 6:19   7:2
present   4:9, 11,13 6:20,22
proceedings 7:7
process   5:5, 7,14
prompted   6:9

Public   4:2, 17
purposes 5:25
pursuant   4:7
pushed   5:10

### Q

questioning 6:23

### R

reach   6:9,12
ready   6:23
reconvene 7:4
record   4:24 6:18
recorded 6:14
refused   5:8, 16
relative 5:23
remained 4:13
reporter 4:1,16   7:1
representing 6:2
represents 6:16

request  5:4,
  15
response
  6:18

**S**

Samuel  5:25
  6:1,5,11,
  12
seeking  5:24
September
  4:5,7,23
serve  5:6,15
served  5:3,
  12
server  5:5,
  7,14
service  5:9
sister  6:7
sole  5:24
speak  6:5
spite  5:3,12
State  4:2,17
subpoena
  5:3,9,10,
  11,15,16
  6:18

**T**

taking  4:9
Tesfaye  4:5,
  10,15,25
  5:2,6,8,
  19,20 6:1,
  7,11
Tesfaye's
  5:22,25
  6:24 7:5
threw  5:9
time  4:11,
  14
today  5:4
tractor-
trailer  6:3
trail  5:19
Transport
  6:9

**U**

unclear  5:21
updated  6:10

**V**

Vavro  4:12,
  22 6:25
vehicle  6:2
video  5:8
videoconferenc
e  4:6,14
videotape
  5:7

**W**

waited  5:1
  6:21
whereabouts
  6:13,24